WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


**JACQUELINE ARNOLD,**                                              CV 06-344-JO

  Plaintiff,

vs.                                                                 ORDER

**COMMISSIONER of Social Security,**

  Defendant.

*Plaintiff's motion #33 is granted as follows:*

Attorney fees in the amount of $12,220.50 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,450.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $4,770.50, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

  DATED this 27th day of Nov, 2007.

                                            _____
                                            United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1